**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
WHELAN ADVISORY CAPITAL MARKETS,
LLC and WHELAN ADVISORY, LLC,

                        Petitioners,                          24 **CIVIL** 207 (DEH)

      -against-                                         **JUDGMENT**

HOMESOURCE OPERATIONS, LLC,

                        Respondent.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 10, 2024, the cross-motion to vacate the Final Award is DENIED. Because the FAA requires that an arbitral award be confirmed unless it is vacated, see 9 U.S.C. § 9, Whelan's petition to confirm is GRANTED and the Final Award is CONFIRMED; accordingly, the case is closed.

**Dated**: New York, New York
          September 11, 2024

                                                    **DANIEL ORTIZ**
                                                    **Acting Clerk of Court**

                        **BY:**          *K. Mango*

                                                     **Deputy Clerk**